# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**JODY M. EZELL, #85952**　　　　　　　　　　　　　　　　　　　**PETITIONER**

**VERSUS**　　　　　　　　　　　　　　**CIVIL ACTION NO. 3:06cv4WHB-AGN**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS;**
**and JIM HOOD, Attorney General**　　　　　　　　　　　　　**RESPONDENTS**

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the _____ day of January, 2006.

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE